THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS MITCHELL, Appellant.

Submitted September 17, 2007; decided October 11, 2007

Reported below, 39 AD3d 357.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEHEMIAH NASH, Appellant.

Submitted October 9, 2007; decided October 11, 2007

Motion for reargument denied [see 9 NY3d 894 (2007)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LALONI C. PATTERSON, Appellant.

Submitted September 24, 2007; decided October 11, 2007

Reported below, 34 AD3d 1349.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RINCON, Appellant.

Submitted September 17, 2007; decided October 11, 2007

Reported below, 40 AD3d 539.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.